**SEALED**

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

11 AUG 24 PM 3: 07

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:11CR 301 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **INDICTMENT** |
| | ) | |
| LAWRENCE PLEISS, | ) | [18 U.S.C. § 2252A(a)(2), |
| | ) | 18 U.S.C. § 2252(a)(4)(B)] |
| | ) | |
| Defendant. | ) | |

The Grand Jury charges:

## COUNT I

On and after the 2nd day of February, 2011, in the District of Nebraska, LAWRENCE

PLEISS,  the defendant herein, did knowingly receive and distribute visual depictions, and attempt

to receive and distribute visual depictions, that is, digital and computer images in files that had been

mailed, shipped and transported in interstate and foreign commerce by any means, including by

computer, the production of such visual depictions having involved the use of a minor engaging in

sexually explicit conduct and were depictions of such conduct.

In violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT II

On and before the 20th day of July, 2011, in the District of Nebraska, LAWRENCE

PLEISS, the defendant herein, did knowingly possess one or more computer files and other

matter which contained an image of child pornography, the production of such visual depictions

involved the use of a minor engaging in sexually explicit conduct and such visual depictions

were of such conduct, said computer files and other matter had been shipped or transported in

interstate commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).


A TRUE BILL

FOREPERSON


DEBORAH R. GILG
United States Attorney


The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

MICHAEL P. NORRIS
Assistant U.S. Attorney


FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
11 AUG 24  PM 3: 07
OFFICE OF THE CLERK

2