IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:11CR301 |
| | ) | |
| Plaintiff, | ) | **OBJECTIONS TO THE** |
| | ) | **PRESENTENCE REPORT** |
| vs. | ) | |
| | ) | |
| LAWRENCE PLEISS, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant, Lawrence Pleiss, objects to the following matters contained within his Presentence Report:

1. The Defendant objects to Paragraph 32. The Defendant objects to a five level enhancement. The offense did not involve distribution for the receipt of anything of value.

2. The Defendant objects to Paragraph 33. The Defendant objects to a four level enhancement. There are no sadistic or masochistic depictions.

LAWRENCE PLEISS, Defendant

s/Glenn A. Shapiro #19126
SCHAEFER SHAPIRO, LLP
1001 Farnam Street
Omaha, NE 68102
(402) 341-0700
Attorney for the Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Michael P. Norris, Assistant United States Attorney.

I further certify that a true and correct copy of the foregoing was delivered by email to Annalee Thomas at annalee_thomas@NEP.uscourts.gov on this 20th day of February, 2012.

s/Glenn A. Shapiro